AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SHAWNELL GLADDEN and PRINCESS
WATSON, parents and next friends, of C.C.
a minor

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al

Case: 1:08-cv-00263
Assigned To : Leon, Richard J.
Assign. Date : 2/15/2008
Description: Admin. Agency Review

TO: (Name and address of Defendant)

1350 Pennsylvania Ave., N.W. Suite 409
Washington, D.C. 20002
To Serve: Peter Nickels, Interim Attorney General

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 15 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2-26-08 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _Darlene Fields_

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-26-08       _Clarence J. Hayes_
              Date                Signature of Server

_1220 L St. NW._
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SHAWNELL GLADDEN and PRINCESS WATSON, parents and next friends, of C.C. a minor

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al

Case: 1:08-cv-00263
Assigned To : Leon, Richard J.
Assign. Date : 2/15/2008
Description: Admin. Agency Review

TO: (Name and address of Defendant)

District of Columbia
1350 Pennsylvania Ave., N.W. 5th Floor
Washington, D.C. 20002
To Serve: Adrian Fenty, Mayor

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 15 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) 'Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  2-26-08 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _Tabitha Braxton_

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-26-08
              Date               *Clarence J Hayes*
                                 Signature of Server

                                 1220 L St. N.W
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SHAWNELL GLADDEN and PRINCESS
WATSON, parents and next friends, of C.C.
a minor

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al

Case: 1:08-cv-00263
Assigned To : Leon, Richard J.
Assign. Date : 2/15/2008
Description: Admin. Agency Review

TO: (Name and address of Defendant)

Chancellor, D.C. Public Schools
825 North Capitol St. NE Suite 9026
Washington, D.C. 20002
To Serve: Michelle Rhee (Officially)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 15 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2-25-08 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: **Frances Malry**

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-25-08        *Clarence J Hayes*
             Date            Signature of Server

                             1220 L St N.W.
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.