IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWNELL GLADDEN,** *et al* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 08-00263 (RJL) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## PRAECIPE

To the Clerk of the Court:

    Please enter the appearance of Roxanne D. Neloms in this matter.

                       Respectfully submitted,

                       /s/_____
                       Roxanne D. Neloms [478157]
                       Domiento C.R. Hill [MD14793]
                       James E. Brown & Associates, PLLC
                       1220 L Street, NW, Suite 700
                       Washington, D.C. 20005
                       (202) 742-2000
                       (202) 742-2098 (fax)
                       *Attorneys for Plaintiffs*