IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWNELL GLADDEN,** *et al* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-00263 (RJL) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RULE 16.3 REPORT

I. <u>STATEMENT OF FACTS AND STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES</u>:

This is an action brought under the Rehabilitation Act of 1973 pursuant to section 504, appealing a Hearing Officer's Determination issued in November 2007. The Hearing Officer refused to hear the Plaintiffs claim ruling that she lacked jurisdiction over the matter.

Pursuant to Rule 16.3, the parties conferred, and their positions are as follows:

(1)  Case Tracking Category and Resolution by Summary Judgment: Based on information available the parties believe that this case can be decided by dispositive motions.

(2)  Factual and Legal Issues; Joining of Additional Parties; Amendment of Pleadings: The parties do not anticipate the need for joining or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

(3)  Assignment to Magistrate Judge: The parties do not consent to the

assignment of this case to a magistrate judge.

(4) Potential for Settlement: The parties will discuss settlement, but do not believe that a settlement is possible at this time.

(5) ADR Procedures: The parties are not amenable to ADR.

(6) Motions for Summary Judgment: The parties believe this case can be decided by dispositive motions.

Plaintiff proposes the following schedule:

(1) The administrative record to be filed by Defendants on May 21, 2007.

(2) Plaintiffs' Motion for Summary Judgment to be filed on June 30, 2008.

(3) Defendants' Opposition and Cross Motion for Summary to be filed on July 28, 2008.

(4) Plaintiffs' Opposition and Reply to be filed on August 13, 2008.

(5) Defendants' Reply to be filed on August 29, 2008.

(7) Rule 26(a)(1) Disclosure: The parties agree to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8) The parties do not believe discovery is necessary.

(9) Rule 26(a)(2): The parties do not believe there will be a need for expert witnesses.

(10) The instant case is not a class action.

(11) Bifurcation of Trial or Discovery: The parties foresee no need to bifurcate discovery or trial.

(12) Pre-Trial Conference Date: There is no need for a pretrial conference at this

time.

(13)   Trial Date: There is no need to set a trial date at this time.

(14)   The parties do not believe that the following items are applicable to this case: electronically stored information, preservation of discoverable information, and assertions of privilege or of protection as trial-preparation materials.

(15)   The parties are not aware of any other matters that require inclusion in a scheduling order.

Respectfully submitted,
/s/ _____

Roxanne D. Neloms [478157]
Domiento C.R. Hill [MD14793]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorneys for Plaintiffs*

PETER J. NICKLES

Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE

Deputy Attorney General

Civil Litigation Division

**/s/ Edward P. Taptich**

EDWARD P. TAPTICH

Chief, Equity Section 2

Bar Number 012914

**/s/ Veronica A. Porter**

VERONICA A. PORTER (412273)

Assistant Attorney General

441 Fourth Street, N.W., Sixth Floor South

Washington, D.C. 20001

(202) 724-6651

(202) 727-3625 (fax)

**veronica2.porter@dc.gov**

3

Case 1:08-cv-00263-RJL   Document 6   Filed 05/01/2008   Page 4 of 4

4