## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **SHAWNELL GLADDEN, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civ. Action No. 08-00263 (RJL)** |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Defendant.** | : | |

_____ :

### DEFENDANT'S CONSENT MOTION FOR
### EXTENSION OF TIME TO FILE ITS CROSS MOTION FOR
### SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS'
### MOTION FOR SUMMARY JUDGMENT

The District of Columbia, through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves for an extension of time from July 28, 2008, to August 22, 2008, to file its Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. Undersigned counsel had a death in the family and will be out of the office attending to family matters.

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

Pursuant to LCvR 7(m), on July 18, 2008, undersigned counsel conferred with Plaintiffs' counsel regarding the relief sought in this motion. Plaintiffs' counsel has consented to the relief

requested and to the revised briefing schedule described in the proposed Order. No party will be unduly prejudiced should the Court grant the requested relief.

Accordingly, Defendant requests that the Court grant this motion and allow it to file its Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment on or before August 22, 2008.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich  /pj
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ Veronica A. Porter
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651; (202) 727-6295
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|                                    |     |                                    |
|------------------------------------|-----|------------------------------------|
| **SHAWNELL GLADDEN,** *et al.,*    | :   |                                    |
|                                    | :   |                                    |
| **Plaintiffs,**                    | :   |                                    |
|                                    | :   |                                    |
| **v.**                             | :   | **Civ. Action No. 08-00263 (RJL)** |
|                                    | :   |                                    |
| **DISTRICT OF COLUMBIA,**          | :   |                                    |
|                                    | :   |                                    |
| **Defendant.**                     | :   |                                    |
| _____     | :   |                                    |

**MEMORANDUM IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S
CONSENT MOTION FOR
EXTENSION OF TIME TO ITS FILE CROSS MOTION FOR
SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

In support of its Consent Motion for Extension of Time to File Its Cross Motion for

Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, the District

submits this Memorandum of Points and Authorities, and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1).

2. Consent of Plaintiffs.

3. The inherent authority of this Court.

4. The record herein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich   /pj*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2


/s/  *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651; (202) 727-6295
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    :
**SHAWNELL GLADDEN,** *et al.,*                 :
                                                    :
        **Plaintiffs,**                             :
                                                    :
        **v.**                                      :   **Civ. Action No. 08-00263 (RJL)**
                                                    :
**DISTRICT OF COLUMBIA,**                       :
                                                    :
        **Defendant.**                              :
_____:

**ORDER**

On consideration of Defendant District of Columbia's Motion for Extension of Time to

File Its Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary

Judgment, it is this _____ day of _____, 2008,

**ORDERED:** that Defendant's motion is GRANTED for the reasons set forth in the

motion; and it is,

**FURTHER ORDERED:** that Defendant District shall file its Cross Motion for

Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment on or before

August 22, 2008, and it is,

**FURTHER ORDERED:**  that Plaintiffs shall file their Opposition and Reply on or

before September 19, 2008, and it is,

**FURTHER ORDERED:**  that Defendant District shall file its Reply on or before

October 3, 2008.

_____
Royce J. Lamberth
U.S. DISTRICT COURT JUDGE