UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWNELL GLADDEN, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 08-00263 (RJL) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## JOINT MOTION FOR CONSENT JUDGMENT

Plaintiffs, Shawnell Gladden, et al., through counsel, James E. Brown & Associates, and Defendant, District of Columbia, through their counsel, The Office of the Attorney General for the District of Columbia, have reached an agreement in the above captioned case. In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov
        ATTORNEYS FOR DEFENDANT

        */s/ Roxanne D. Neloms*_____
        ROXANNE D. NELOMS (478157)
        James E. Brown & Associates, PLLC
        1220 L Street, N.W., Suite 700
        Washington, D.C.  20005
        (202) 742-2000
        rneloms@jeblaw.biz
        ATTORNEY FOR PLAINTIFF

**August 21, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWNELL GLADDEN, et al.,** :  :<br>　　　**Plaintiffs,** :  :<br>　　　**v.** : Civ. Action No. 08-00263 (RJL)<br> :<br>**DISTRICT OF COLUMBIA,** :  :<br>　　　**Defendant.** :  : | |

### CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment filed August 21, 2008, Plaintiffs and Defendant having agreed that entry of this judgment will fully settle all claims made by Plaintiffs herein, and the parties having consented to this Order, it is this _____ day of _____, 2008

**ORDERED**, That Defendant shall fund forty-two (42) hours of independent occupational therapy services at market rate; it is

**FURTHER ORDERED**, That Defendant shall pay $2,000.00 for attorneys' fees and costs within 60 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE