UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWNELL GLADDEN, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 08-00263 (RJL) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment filed August 21, 2008, Plaintiffs and Defendant having agreed that entry of this judgment will fully settle all claims made by Plaintiffs herein, and the parties having consented to this Order, it is this 25th day of August, 2008

**ORDERED**, That Defendant shall fund forty-two (42) hours of independent occupational therapy services at market rate; it is

**FURTHER ORDERED**, That Defendant shall pay $2,000.00 for attorneys' fees and costs within 60 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

3